**Order entered January 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01472-CR

**CLAUDIO CASTRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-75758-H**

## ORDER

Before the Court is court reporter LaToya Young-Martinez's January 16, 2019 first request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE